Dismissed and Memorandum Opinion filed August 5, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00761-CV

____________

 

JAY H. COHEN, Appellant

 

V.

 

HARRIS COUNTY APPRAISAL DISTRICT AND THE HARRIS COUNTY
APPRAISAL REVIEW BOARD, Appellees

 



 

On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 2008-57088

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 18, 2009.  On July 23, 2010, appellant
filed a motion to dismiss the appeal because the case has settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Frost, and
Seymore.